FILED

07/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0616

# IN THE SUPREME COURT FOR THE STATE OF MONTANA

Supreme Court No. DA-20-616

BENJAMIN M. DARROW,

      Plaintiff and Appellant,

v.

THE EXECUTIVE BOARD OF THE
MISSOULA COUNTY DEMOCRATIC CENTRAL
COMMITTEE, and DAVID KENDALL, individually,
and in his position as Chair of the MISSOULA
COUNTY DEMOCRATIC CENTRAL COMMITTEE,

      Defendants and Appellees.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including August 15, 2021, within which to prepare, file, and serve Appellant's reply brief on appeal.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 15 2021